IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES STEMRICH, and** <br> **DANIELLE STEMRICH, his wife,** <br><br> **Plaintiffs** <br><br> v. <br><br> **OLEH ZABIYAKA and** <br> **T.L. TRANSPORT, LLC** <br><br> **Defendants** | Civil No. 1:12-CV-1409 <br><br><br><br> Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiffs' motion for leave to file an amended complaint containing a claim for punitive damages (Doc. 29) is **GRANTED**. The proposed amended complaint (Doc. 29-6) is accepted for filing.

                                           s/Sylvia H. Rambo
                                           SYLVIA H. RAMBO
                                           United States District Judge

Dated: July 2, 2013.