IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JAMES STEMRICH, and**
**DANIELLE STEMRICH, his wife,**

    **Plaintiffs**

    v.

**OLEH ZABIYAKA and**
**T.L. TRANSPORT, LLC**

    **Defendants**

Civil No. 1:12-CV-1409

**Judge Sylvia H. Rambo**

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendants' motion to compel (Doc. 42) is **GRANTED IN PART**.

Plaintiffs shall provide a computation of damages, in accordance with Federal Rule of Civil Procedure 26(a)(1)(A)(iii) and the accompanying memorandum of law, within ten (10) days from the date of this order.

If Defendants remain unsatisfied with Plaintiffs' disclosures, they may file a renewed motion to compel.

No further relief is granted at this time.

                                                      s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge

Dated: August 13, 2013.