# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES STEMRICH, and** | : | **CIVIL ACTION - LAW** |
| **DANIELLE STEMRICH, his wife** | : | |
| | : | |
| Plaintiffs, | : | **No.: 1:12-CV-1409 - SHR** |
| v. | : | **(Hon. Sylvia H. Rambo)** |
| | : | |
| **OLEH ZABIYAKA and T.L.** | : | |
| **TRANSPORT, LLC** | : | **ELECTRONICALLY FILED** |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION *IN LIMINE* TO ALLOW TESTIMONY, EVIDENCE AND ARGUMENT OF THE TRAFFIC CITATION AND GUILTY PLEA OF DEFENDANT, ZABIYAKA[1]

Plaintiffs, by and through their undersigned legal counsel, and pursuant to the Federal Rules of Civil Procedure and the Middle District Local Rules of Practice, file the following Motion *in Limine* to Allow Testimony, Evidence, and Argument of the Traffic Citation and Guilty Plea of Defendant, Zabiyaka, and submit the following for

---

[1] The issue of the traffic citation had previously been raised and briefed within Plaintiffs' Pre-Trial Memorandum (Doc. 113 at pp.14-16). Notably, Defendants' Pretrial Memorandum of March 13, 2014, states, *inter alia*:

> "Defendants admit that Mr. Zabiyaka breached the duty of care to Mr. Stemrich on the day of the accident. Moreover, defendants have admitted that Oleh Zabiyaka was an employee of TL Transport, LLC at the time of the accident and therefore the breach of duty of care by Mr. Zabiyaka would be attributed to TL Transport, LLC pursuant to *Respondeat Superior*." (Doc. 114 at p.2).

Despite the foregoing, Defendants resisted Plaintiffs' recent request to stipulate on the issue of negligence in submitting the parties' comprehensive statement of undisputed facts (Doc.143). Plaintiffs offer the instant, albeit belated, motion *in limine* in an effort to streamline the issues and presentation of evidence at the time of trial.

the Court's consideration:

1. This case arises from a rear-end motor vehicle collision occurring on September 28, 2011 on Interstate 83 North.

2. At that time, Defendant, Oleh Zabiyaka, within the course and scope of employment, permissibly operated a tractor trailer unit owned by Defendant, T.L. Transport, and collided with the rear of Plaintiffs' SUV.

3. Plaintiff, James Stemrich sustained significant and serious bodily injuries as a result of that collision.

4. This matter is scheduled for trial before the Honorable Sylvia H. Rambo, United States District Judge, commencing on September 29, 2014.

5. Pennsylvania State Trooper, Trisha Campbell, responded to the scene of the collision and issued a citation to Defendant Zabiyaka for violating Section 3361 of the Pennsylvania Motor Vehicle Code. (*Trpr. Campbell Deposition*, 3/3/14 at pg. 37, line 25 through pg.39, line 5, Exhibit "A").

6. Defendant Zabiyaka pled guilty to the charges assessed by Trooper Campbell. (*See*, Magisterial District Judge 09-1-03 Docket authenticated by and attached to Trooper Campbell's 3/3/14 deposition as Exhibit "B").[2]

---

[2] So as to avoid confusion, the Magisterial Docket marked as Exhibit B during Trooper Campbell's deposition is attached to the instant Motion, also as "Exhibit B".

7. Defendant Zabiyaka testified at his deposition that he was aware that he had the option to contest the traffic citation by pleading not guilty, however, he chose not to do so, affirming that he was guilty. (*Zabiyaka Deposition*, 5/14/13 at pg.113 line 25 through pg.115, line 12, Exhibit "C").

8. Plaintiffs seek to submit to the jury evidence and argument pertaining to Defendant Zabiyaka's guilty plea to charges that he violated the Pennsylvania Motor Vehicle Code in conjunction with the September 28, 2011 crash.

9. Evidence of a Defendant's guilty plea to a traffic citation is admissible evidence in Federal Court as an admission against interest and has been held to be both relevant and admissible in civil actions for personal injuries. *See*, Rain v. Pavkov, 357 F.2d 506 (3d Cir. Pa. 1966); *recently cited by*, Kansky v. Showman, 2011 U.S. Dist. LEXIS 38814 (M.D. Pa. Apr. 11, 2011); Allen v. Fletcher, 2009 U.S. Dist. LEXIS 88069 (M.D. Pa. Sept. 24, 2009); Grosek v. Panther Transp. Inc., 2009 U.S Dist. LEXIS 27372 (M.D. Pa. Apr. 1, 2009).

10. Not only is Defendant Zabiyaka's guilty plea admissible as a statement against interest, but also, Zabiyaka and his variously liable employer, T.L. Transport, must be found negligent as a matter of law. Garcia v. Bang, 544 A.2d 509 (Pa. Super. 1988), appeal denied by 520 Pa. 617, 554 A.2d 509 (Pa. 1989)("The law in Pennsylvania is that violation of a statute is negligence per se.").

WHEREFORE, Plaintiffs respectfully request an *in limine* ruling that Defendant Zabiyaka's guilty plea to violation of Section 3361 of the Pennsylvania Motor Vehicle Code (75 Pa. C.S. § 3361) in conjunction with the September 28, 2011 motor vehicle crash is both relevant and admissible evidence and that Plaintiffs shall be permitted to introduce evidence and argument of these facts at the time of trial. Further, such evidence establishes the negligence of the individual and corporate Defendants as a matter of law.

        Respectfully submitted,

        **/s/ Michael A. O'Donnell**
        **NEIL T. O'DONNELL, ESQUIRE**
        PA BAR I.D. #50309
        **MICHAEL A. O'DONNELL, ESQUIRE**
        PA BAR I.D. #306878
        O'Donnell Law Offices
        267 Wyoming Ave.
        Kingston, PA 18704
        Phone: 570-821-5717; Fax: 570-821-5799
        E-mail:   ntod@odonnell-law.com
                    michael@odonnell-law.com
        Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES STEMRICH, and** **DANIELLE STEMRICH, his wife** | **CIVIL ACTION - LAW** |
| Plaintiffs, | No.: 1:12-CV-1409 - SHR |
| v. | (Hon. Sylvia H. Rambo) |
| **OLEH ZABIYAKA and T.L.** **TRANSPORT, LLC** | **ELECTRONICALLY FILED** |
| Defendants. | **JURY TRIAL DEMANDED** |

### CERTIFICATE OF SERVICE

I, **Michael A. O'Donnell,** hereby certify and affirm that I served a true and correct copy of the foregoing **Plaintiffs' Motion in Limine to Allow Testimony, Evidence and Argument of Traffic Citation and Guilty Plea of Defendant Zabiyaka,** on this 16th day of September, 2014, via the electronic filing case management system and U.S. First Class mail, upon the following:

Peter M. Good, Esquire
Thomas S. Lee, Esquire
Caldwell & Kearns
3631 North Front Street
Harrisburg, PA 17110
pgood@cklegal.net
tlee@cklegal.net

/s/ Michael A. O'Donnell
MICHAEL A. O'DONNELL, ESQ.